UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24bk03128 |
| | ) | |
| Anthony G. Zagone, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO ARIANE HOLTSCHLAG AND THE LAW FIRM OF
PAULSEN+HOLTSCHLAGE LLC, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR
ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $10,449.00 | TOTAL COSTS REQUESTED: | $405.58 |
| TOTAL FEES REDUCED: | $316.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $10,133.00 | TOTAL COSTS ALLOWED: | $405.58 |

TOTAL FEES AND COSTS ALLOWED: $10,538.58

This matter, coming to be heard on the application of Ariane Holtschlag and the law firm of Paulsen+Holtschlag LLC (collectively "P+H"), bankruptcy counsel for Alex D. Moglia, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate of debtor Anthony G. Zagone;

IT IS HEREBY ORDERED THAT:

A.      P+H is allowed compensation and reimbursement of expenses in the total amount of $10,538.58.

B.      The Trustee is authorized to pay P+H the allowed compensation and reimbursement of expenses in the total amount of $10,538.58.

C.      The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.

(1)      Lumping – TOTAL of disallowed amounts (10% of affected entries): $316.00

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or

any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

ENTERED:

Dated:  December 3, 2025

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court

**Asset Analysis and Recovery**

| Date | Prof | Hours | Rate ($) | Amount | Description |
|---|---|---|---|---|---|
| 05/21/25 | AH | 1.6 | $400.00 | $640.00 | Begin review of schedules, SOFA, amended SOFA, docket filings; telephone call to A. Weissberg. |
| 06/16/25 | AH | 1.4 | $400.00 | $560.00 | Draft motion for 2004 examinations including researching proper service addresses and officer names for FDIC insured institutions (1.3); correspond with client regarding same (.1). |
| 06/18/25 | AH | 1.2 | $400.00 | $480.00 | Finalize Motion for 2004 exams and proposed order; correspond with client regarding same. |
| 06/25/25 | AH | 0.6 | $400.00 | $240.00 | Attend hearing on motion for 2004 exams; follow-up correspondence with A. Weissberg regarding outstanding documents needed. |
| 06/30/25 | AH | 0.2 | $400.00 | $80.00 | Correspond with A. Weissberg regarding document production requests; correspond with G. Silver regarding same. |
| 06/30/25 | AH | 1.4 | $400.00 | $560.00 | TCW A. Weissberg regarding document production request and motion to dismiss; further correspondence with G. Silver regarding motion to dismiss; detailed correspondence with client regarding new information from A. Weissberg and G. Silver, potential next steps and outcomes, and recommendations regarding same. |
| 06/30/25 | AH | 0.2 | $400.00 | $80.00 | Further correspondence with client regarding 2004 subpoenas and motion to dismiss. |
| 07/16/25 | AH | 0.2 | $400.00 | $80.00 | Attend hearing on Debtor's Motion to Dismiss. |
| 07/22/25 | AH | 0.1 | $400.00 | $40.00 | Correspond with client regarding pending motion to dismiss and financial records. |

| | Date | | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| | 07/22/25 | AH | 0.5 | $400.00 | $200.00 | TCW A. Moglia regarding avoidance action analysis, outstanding documents and pending motion to dismiss. |
| | 07/30/25 | AH | 0.1 | $400.00 | $40.00 | Correspond with client regarding status of dismissal motion and document production. |
| (1) | 08/13/25 | AH | 1.5 | $400.00 | $600.00 | Review supplemental document production made by Debtor; correspond with client regarding same. |
| | 08/13/25 | AH | 0.3 | $400.00 | $120.00 | TCW G. Silver regarding new document production and next steps. |
| | 08/14/25 | AH | 0.2 | $400.00 | $80.00 | TCW G. Silver regarding document production and next steps. |
| | 08/15/25 | AH | 0.5 | $400.00 | $200.00 | Meeting with client to discuss document production and strategy for next steps. |
| | 08/15/25 | AH | 0.1 | $400.00 | $40.00 | TCW A. Weissberg and follow up email regarding next steps. |
| | 08/20/25 | AH | 0.1 | $400.00 | $40.00 | TCW. A. Weissberg regarding today's hearing on MTD. |
| | 08/20/25 | AH | 0.8 | $400.00 | $320.00 | Prepare for and attend hearing on motion to dismiss. |
| | 09/02/25 | AH | 0.2 | $400.00 | $80.00 | Correspond with client regarding status of MTD, document review, and next steps. |
| | 09/03/25 | AH | 0.8 | $400.00 | $320.00 | Research effect of dismissal on distributions already made by trustee and amounts due to professionals and other administrative expenses not yet paid. |
| (1) | 09/05/25 | AH | 0.9 | $400.00 | $360.00 | TCW client regarding status and next steps; call to A. Wesisberg regarding same; correspond with G. Silver regarding same. |
| | 09/05/25 | AH | 0.2 | $400.00 | $80.00 | Correspond with UST's office regarding motion to dismiss and next steps. |

| | | | | | |
|---|---|---|---|---|---|
| 09/05/25 | AH | 0.2 | $400.00 | $80.00 | Further correspondence with G. Silver regarding next steps. |
| 09/08/25 | AH | 0.1 | $400.00 | $40.00 | Correspond with G. Silver. |
| 09/09/25 | AH | 0.1 | $400.00 | $40.00 | Correspond with A. Weissberg regarding estimated distributions. |
| 09/15/25 | AH | 0.1 | $400.00 | $40.00 | Correspond with parties in interest regarding hearing on dismissal and next steps. |
| 09/17/25 | AH | 0.5 | $400.00 | $200.00 | Attend hearing on motion to dismiss, follow up correspondence to client regarding next steps. |
| | | 14.1 | | $5,640.00 | |

**Category Subtotal by Professional:**

| | | | |
|---|---|---|---|
| AH | 14.1 | | $5,640.00 |
| | 14.1 | | $5,640.00 |